# United States District Court

**District of Oregon**

2665-0314-0592-J

UNITED STATES OF AMERICA

v.

JOYANNA L. ZACHER

## WARRANT FOR ARREST

CASE NUMBER CR 06-60018-HO

To:    **The United States Marshal**
       **and any Authorized United States Officer**

## YOU ARE HEREBY COMMANDED TO ARREST **JOYANNA L. ZACHER**

and bring her forthwith to the nearest magistrate to answer a(n)

**X** Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging her with

Arson

in violation of Title ___**18**___ United States Code, Section(s) 844(i), and 924(c)(1)(A)(i) & (B)(ii) & (C)(ii) and 2

| | |
|---|---|
| Thomas M. Coffin | United States Magistrate Judge |
| Name of Issuing Officer | Title of Issuing Officer |

Signature of Issuing Officer

Eugene, Oregon  2/16/06
Date and Location

Bail fixed at $ ___detention___

by ___Thomas M. Coffin___
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at TACOMA, WA | | |
| Date Received 2/16/06 <br> Date of Arrest 2/23/06 | Name and Title of Arresting Officer <br> for FBI, TACOMA <br> BRIAN H. LEAVITT, SA | Signature of Arresting Officer |